STELLA WEINER, as Administratrix of the Estate of SAMUEL WEINER, Deceased, Appellant, *v.* J. I. HASS, INC., et al., Respondents.

Argued December 8, 1937; decided January 11, 1938.

*Sidney J. Feltenstein* for appellant.

*Harold L. Grossman* and *Ralph Weller* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.